NEEL CHATTERJEE (SBN 173985)
*nchatterjee@goodwinlaw.com*
ALEXIS COLL-VERY (SBN 212735)
*acollvery@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, California 94063
Tel.: (650) 752-3100
Fax: (650) 853-1038

HONG-AN VU (SBN 266268)
*hvu@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, Suite 4100
Los Angeles, California 90017
Tel.: (213) 426-2500
Fax: (213) 623-1673

Attorneys for Defendants
COMMUNITY.COM, INC. and
MATTHEW PELTIER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHARLES BUFFIN, an individual; MAXWELL LEVINE, an individual; STEVEN LEVINE, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>COMMUNITY.COM, INC., a Delaware corporation; MATTHEW PELTIER, an individual; and DOES 1 through 10,<br><br>Defendants. | Case No.: 2:20-CV-07552-SVW (JPRx)<br><br>**DECLARATION OF JADE WHITE IN SUPPORT OF MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**<br><br>Date:   May 3, 2021<br>Time:   1:30 P.M.<br>Dept:   10A<br>Judge:  Hon. Stephen V. Wilson<br><br>Filed Concurrently With:<br><br>1. Motion to Dismiss for Failure to State a Claim<br>2. Request for Judicial Notice<br>3. Declaration of Matthew Peltier<br>4. [Proposed] Order |

I, Jade White, declare as follows:

1. I am an attorney at law, duly admitted to practice in the State of California. I am an Associate with Goodwin Procter LLP, counsel of record for Defendants Community.com, Inc. f/k/a Shimmur Inc. and Matthew Peltier. I have personal knowledge of the following facts and, if called as a witness, I could and would testify truthfully and competently thereto.

2. **Exhibit A** to Defendants' Motion to Dismiss for Failure to State a Claim is a video, available at https://youtu.be/RA5vbgj8VPI, published to YouTube on April 24, 2020, entitled "How to Kick off A Movement via Texting with Community.com's Molly DeWolf Swenson" (the "Swenson Interview"). Concurrently filed herewith is a Notice of Manual Filing or Lodging of the Swenson Interview; Defendants will email to the Court a link to Exhibit A.

3. Attached hereto as **Exhibit B** is a true and correct transcription of the Swenson Interview. I supervised the transcription of the video by a Goodwin Procter employee, and I personally proofread the transcript, and compared its content to the Swenson Interview, to ensure its accuracy.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 17, 2021, at Los Angeles, California.

_____
Jade White