CHRISTOPHER D. BEATTY (SBN 266466)
cbeatty@millerbarondess.com
MINH-VAN T. DO (SBN 314201)
mdo@millerbarondess.com
ADAM P. STILLMAN (SBN 317071)
astillman@millerbarondess.com
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone:   (310) 552-4400
Facsimile:    (310) 552-8400
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CHARLES BUFFIN, an individual; MAXWELL LEVINE, an individual; and STEVEN LEVINE, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> COMMUNITY.COM, INC., a Delaware corporation; MATTHEW PELTIER, an individual; and DOES 1 through 10, <br><br> Defendants. | **NO. 2:20-cv-07552 SVW (JPRx)** <br><br> **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS CHARLES BUFFIN AND MAXWELL LEVINE'S OPPOSITION TO COMMUNITY.COM, INC. AND MATTHEW PELTIER'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM** <br><br> Date:    May 3, 2021 <br> Time:    1:30 p.m. <br> Dept.:    10A <br><br> Assigned to the Hon. Stephen V. Wilson and Magistrate Judge Jean P. Rosenbluth |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

507019.1

Case No. 2:15-cv-01239-TJH-MAN

1    Plaintiffs Max Levine and Charlie Buffin (together, "Plaintiffs") hereby request

2  that the Court take judicial of the following exhibits:

3                **PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE**

4    Rule 201(b)(2) of the Federal Rules of Evidence permits a Court to take

5  judicial notice of facts that "can be accurately and readily determined from sources

6  whose accuracy cannot reasonably be questioned."  The Court may take judicial

7  notice of posts on the internet and social media websites.  *Young v. Greystar Real*

8  *Est. Partners*, *LLC*, No. 318CV02149BENMSB, 2019 WL 4169889, at *2 (S.D.

9  Cal. Sept. 3, 2019) (taking judicial notice of Facebook and Instagram Posts);

10  *2Die4Kourt v. Hillair Cap. Mgmt.*, *LLC*, No. SACV1601304JVSDFMX, 2016 WL

11  4487895, at *1 (C.D. Cal. Aug. 23, 2016) (taking judicial notice of 34 social media

12  posts and online news articles).

13    As such, Plaintiffs request that the Court take judicial notice of the following

14  documents:

15    (1)  A post from the Instagram account "endlessummerfund" from August 1,

16          2018, which is attached to the Declaration of Minh-Van T. Do as **Exhibit 1**.

17    (2)  A July 31, 2018 tweet from the Twitter account @LarkinStreet, which is

18          attached to the Declaration of Declaration of Minh-Van T. Do as **Exhibit 2**.

19    (3)  A LiveNationEntertainment.com post from March 21, 2018, which sets

20          forth the concert dates for G. Eazy's tour, which is attached to the

21          Declaration of Declaration of Minh-Van T. Do as **Exhibit 3**.

22    While Plaintiffs oppose Defendants' request for judicial notice of extraneous

23  evidence for their contents, Plaintiffs are submitting the exhibits described herein to

24  further corroborate the allegations in the FAC in response to the arguments

25  Defendants raise in their Motion.  Notably, Plaintiffs do not request that the Court

26  take judicial notice of the truth of the content contained in these exhibits but rather

27  Plaintiffs request that the Court take judicial notice of their existence.

28

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

1 | DATED:  April 12, 2021

2

Respectfully submitted,

MILLER BARONDESS, LLP

3

4

5

By: _____/s/ Christopher D. Beatty_____

6

CHRISTOPHER D. BEATTY
Attorneys for Plaintiffs

7

CHARLES BUFFIN, MAXWELL
LEVINE, and STEVEN LEVINE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400