|   |   |
|---|---|
| 1 | ALEXIS COLL-VERY (SBN 212735) |
| 2 | acollvery@goodwinlaw.com<br>**GOODWIN PROCTER LLP** |
| 3 | 601 Marshall St.<br>Redwood City, California 94063 |
| 4 | Tel.: +1 650 752 3100<br>Fax.: +1 650 853 1038 |

ALEXIS COLL-VERY (SBN 212735)
acollvery@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 Marshall St.
Redwood City, California 94063
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

HONG-AN VU (SBN 266268)
hvu@foundationlaw.com
**FOUNDATION LAW GROUP LLP**
445 South Figueroa Street
Suite 3100
Los Angeles, California 90071
Tel.: +1 714 625 2669

Attorneys for Defendants
COMMUNITY.COM, INC. and
MATTHEW PELTIER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| CHARLES BUFFIN, an individual; MAXWELL LEVINE, an individual; STEVEN LEVINE, an individual<br><br>                Plaintiffs,<br>        v.<br><br>COMMUNITY.COM, INC., a Delaware corporation; MATTHEW PELTIER, an individual; and DOES 1 through 10,<br><br>                Defendants. | **CASE NO. 2:20-cv-07552 SVW**<br><br>**DECLARATION OF ALEXIS COLL-VERY IN SUPPORT OF JOINT STIPULATION TO CONTINUE TRIAL**<br><br>Current Trial Date:<br>June 21, 2022<br><br>Proposed New Trial Date:<br>July 21, 2022<br><br>Assigned to Hon. Stephen V. Wilson and Magistrate Judge Jean P. Rosenbluth |

I, Alexis Coll-Very, declare as follows:

1. I am a member of the California bar and a partner at the law firm of Goodwin Procter LLP, counsel of record for defendants Community.com, Inc. and Matthew Peltier (together, "Defendants") in the above captioned case. I am also lead trial counsel for this matter. I submit this Declaration in support of the Parties' Joint Stipulation to Continue Trial.

2. On November 29, 2021, the Parties informed the Court that they had reached a settlement to resolve this dispute, read the material terms of a binding short form agreement into the record and committed to agree to a long form agreement.

3. Over the next few months, the Parties exchanged multiple drafts of a long form settlement agreement.

4. At a status conference on March 21, 2021, the Parties informed the Court that they still had not finalized the long form settlement agreement because there was a disagreement about one term of the settlement.

5. The Court set a bench trial to resolve the settlement dispute for June 21, 2022.

6. In the intervening months the Parties continued to negotiate the long form settlement agreement.

7. By May 27, 2022, the Parties had reached an agreement in principle on how to resolve the issue that was preventing the Parties from finalizing the long form settlement agreement in March 2022.

8. However, on May 27, 2022, Plaintiffs informed Defendants' counsel that a third party had raised an issue with Plaintiffs that they believed impacted their ability to finalize the long form settlement agreement.

9. I was not aware of this issue when I appeared before this court on March 21, 2022.

10. Since May 27, 2022, the Parties have exchanged proposals to resolve

1  this new issue involving the third-party.

2  　　　11.　　Based on the current status of negotiations and recent exchanges of the
3  long form settlement agreement, it is my belief that the Parties are in agreement on
4  all material terms other than this new third-party issue.

5  　　　12.　　The Parties agree that they will benefit from an extension.  It is
6  Defendants' belief that it is in the best interest of all Parties, including Plaintiffs,
7  who are existing shareholders of defendant, Community.com, Inc., to preserve the
8  company's resources and not engage in unnecessary submissions and incur
9  unnecessary legal expenses when all Parties are optimistic that a global resolution
10 will be reached very soon.

11 　　　13.　　The Parties agree that a brief, one month continuance of the current
12 trial date will be sufficient time for the Parties to resolve this new issue and finalize
13 the long form settlement agreement or prepare for trial on this recently identified
14 issue.

15 　　　14.　　I am available for a trial commencing on July 21, 2022, and have been
16 informed that Plaintiffs' counsel is also available on that date.

　　　Executed on June 10, 2022

　　　　　　　　　　　　　　　　　　　　　　/s/ Alexis Coll-Very
　　　　　　　　　　　　　　　　　　　　　　ALEXIS COLL-VERY