1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CHARLES BUFFIN, an individual; MAXWELL LEVINE, an individual; and STEVEN LEVINE, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>COMMUNITY.COM, INC., a Delaware corporation; MATTHEW PELTIER, an individual; and DOES 1 through 10,<br><br>Defendants. | **CASE NO. 2:20-cv-07552-SVW-JPRx**<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE TRIAL**<br><br>Assigned to Hon. Stephen V. Wilson and Magistrate Judge Jean P. Rosenbluth |

567156.1

## ORDER

Pursuant to the Joint Stipulation Continuing Trial ("Stipulation") and good cause appearing therefore, the Court HEREBY ORDERS as follows:

1. The Stipulation is GRANTED.
2. The trial currently set to begin before this Court on June 21, 2022, shall be continued to July 19, 2022 at 9:00 a.m.

**IT IS SO ORDERED.**

DATED: June 13, 2022

_____
HON. STEPHEN V. WILSON
Judge of the United States District Court