CHRISTOPHER D. BEATTY (State Bar No. 266466)
cbeatty@millerbarondess.com
MINH-VAN T. DO (State Bar No. 314201)
mdo@millerbarondess.com
NICHOLAS E. GARVER (State Bar No. 322730)
ngarver@millerbarondess.com
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorneys for Plaintiffs
CHARLES BUFFIN, MAXWELL LEVINE and STEVEN LEVINE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CHARLES BUFFIN, an individual; MAXWELL LEVINE, an individual; and STEVEN LEVINE, an individual, <br><br>Plaintiffs, <br><br>v. <br><br>COMMUNITY.COM, INC., a Delaware corporation; MATTHEW PELTIER, an individual; and DOES 1 through 10, <br><br>Defendants. | **CASE NO. 2:20-cv-07552 SVW** <br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** <br><br>Assigned for All Purposes to: <br>Hon. Stephen V. Wilson and <br>Magistrate Judge Jean P. Rosenbluth |

571633.1

# NOTICE OF DISMISSAL

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL:

Plaintiffs Charles Buffin, Maxwell Levine, and Steven Levine (collectively, "Plaintiffs"), and Defendants Community.com, Inc. and Matthew Peltier (collectively, "Defendants"), pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to a dismissal with prejudice of all of Plaintiffs' claims against all Defendants in the above-captioned action, with all parties to bear their own attorney's fees and costs.

DATED: July 28, 2022           MILLER BARONDESS, LLP

                               By:    */s/ Minh-Van T. Do*
                                      MINH-VAN T. DO
                                      Attorneys for Plaintiffs
                                      CHARLES BUFFIN, MAXWELL
                                      LEVINE and STEVEN LEVINE

DATED: July 28, 2022           FOUNDATION LAW GROUP LLP

                               By:    */s/ Hong-An Vu*
                                      HONG-AN VU
                                      Attorneys for Defendants
                                      COMMUNITY.COM, INC. and
                                      MATTHEW PELTIER